# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) |
| DONNELLY, JAMES A | CM/ECF Case No. 1:24-PO-00011-LDA |
| 139 CAMDEN CT | Case No.   RI30   9511867 |
| | USM No. |
| SOUTH KINGSTOWN, RI 02879 | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:** DONNELLY, JAMES A

☐ **THE DEFENDANT** pleaded   ☐ guilty  ☐ nolo contendere to count(s) _____

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 668dd(c)(f)(2) [50 CFR 26.21(a)] | Trespass on a National Wildlife Refuge to wit: did enter a posted shorebird nesting area closed to the public (9511867) | 6/23/2024 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment.

☑ **THE DEFENDANT** was found not guilty on count(s)  1

☐ Count(s) _____  ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1950

City and State of Defendant's Residence:
SOUTH KINGSTOWN, RI

12/30/2024
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Lincoln D. Almond, U.S. Magistrate Judge
Name and Title of Judge

12/30/2024
Date